IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ANDY GERRAGAUCH<br>    *Plaintiff,* | §<br>§<br>§<br>§ | |
| VS | §<br>§<br>§ | CIVIL ACTION NO.<br>6:20-cv-00231 |
| CONTINENTAL STRUCTURAL<br>PLASTICS HOLDING CORPORATION,<br>INGERSOLL-RAND COMPANY, and<br>TRANE, U.S., INC.<br>    *Defendant.* | §<br>§<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF THE SAID COURT:**

COME NOW, Plaintiff Andy Gerragauch, and hereby notifies the Court that the Plaintiff has reached a settlement with the Defendants in this case. All matters in controversy between the parties have been settled in principle.

Respectfully Submitted,

   */s/ Matthew B. Flanery*
**MATTHEW B. FLANERY** *Lead Attorney*
State Bar No. 24012632
**DARREN GRANT**
State Bar No. 24012723
**GRANT & FLANERY, P.C.**
216 W. Erwin, Suite 200
Tyler, Texas 75702
(903) 596-8080  (Telephone)
(903) 596-8086  (Facsimile)
Matt@GFTexas.com

**ATTORNEY FOR PLAINTIFFS**


# CERTIFICATE OF SERVICE

I hereby certify that I furnished a copy of this Motion on December 1, 2020 to opposing counsel via Electronic Filing Procedure.

   */s/ Matthew B. Flanery*
MATTHEW B. FLANERY