UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00231

———

**Andy Gerragauch,**

*Plaintiff,*

v.

**Continental Structural Plastics Holding Corporation et al.,**

*Defendants.*

———

## ORDER

On December 1, 2020, plaintiff filed a notice of settlement indicating that "[a]ll matters in controversy between the parties have been settled in principle." Doc. 31. However, plaintiff has not filed a motion to stay the case. Accordingly, the parties are **ordered** to file dismissal documents, a motion to stay, or a motion for extension of time by January 4, 2021.

*So ordered by the court on December 3, 2020.*

J. Campbell Barker
United States District Judge